**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

|  |  |
|---|---|
| **RODERICK A. GOODE,**<br><br>          **Plaintiff,**<br><br>  **v.**<br><br>**AMAZON.COM, INC.; AMAZON.COM SERVICES LLC,**<br><br>          **Defendants.** | **Civil Action No. 3:25-cv-938-REP** |

**NOTICE OF SETTLEMENT**

Plaintiff Roderick Goode ("Plaintiff") and Defendants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Defendants" or "Amazon"), through counsel, hereby give Notice that the Parties have reached a settlement of this Action without the need for the trial, currently scheduled to begin on July 13, 2026. The Parties anticipate fulfilling the terms of a confidential agreement and filing a Stipulation of Dismissal within the next forty-five (45) days.

Dated: June 11, 2026

Respectfully submitted by:

| | |
|---|---|
| /s/ *Miles D. Franklin* | /s/ *G. Bethany Ingle* |
| Miles D. Franklin (Bar No. 96976) | G. Bethany Ingle (Bar No. 78622) |
| BANKS & ASSOCIATES | Janea Hawkins (Bar No. 95202) |
| 3158 Golansky Boulevard | LITTLER MENDELSON, P.C. |
| Suite 201 | 1800 Tysons Boulevard |
| Woodbridge, VA 22192 | Suite 500 |
| Telephone: 276.773.6102 | Tysons Corner, VA 22102 |
| milesdfranklin@milesfranklinlaw.com | Telephone: 703.442.8425 |
| | Facsimile: 703.442.8428 |
| | gingle@littler.com |
| *Counsel for Plaintiff* | jhawkins@littler.com |

1

Alison Davis (Bar No. 429700)
LITLLER MENDELSON, P.C.
815 Connecticut Avenue, N.W.
Suite 400
Washington, DC 20006
Telephone: 202.842.3400
Facsimile: 866.724.3975


*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of June, 2026, a copy of the foregoing Notice of

Settlement was filed using the Court's CM/ECF system, which sent notice of the same to:

Miles D. Franklin, Esq.
BANKS & ASSOCIATES
3158 Golansky Boulevard, Suite 201
Woodbridge, Virginia 22192
miles.d.franklin@milesfranklinlaw.com


*Counsel for Plaintiff*


*/s/ G. Bethany Ingle*
G. Bethany Ingle